IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

CASEY ROBINSON,

        Plaintiff,

v.                                      Civil Action No.: 2:18-cv-00896

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

## DISMISSAL ORDER

Upon the joint motion of Plaintiff Casey Robinson, by his counsel, and Defendant Metropolitan Life Insurance Company, by its counsel, and for good cause shown, it is hereby ORDERED that the above matter is dismissed with prejudice, with each side to bear its own costs.

        ENTER: December 12, 2018

        THOMAS E. JOHNSTON, CHIEF JUDGE

AGREED TO BY:

| /s/ John J. Polak | /s/ Matthew O. Gatewood |
|---|---|
| John J. Polak (WVSB # 2929) | Matthew O. Gatewood (WVSB # 10044) |
| ATKINSON & POLAK, PLLC | Eversheds Sutherland |
| P. O. Box 549 | 700 Sixth Street NW, Suite 700 |
| Charleston, WV  25322-0549 | Washington, DC 20001 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |